UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Heather Barb,                        )
                                     )
     Plaintiff,                      )
                                     )
     v.                              )  Civil Action No. 1:09cv785
                                     )
Brown's Buick, Inc.,                 )
                                     )
     Defendant.                      )

ORDER

THIS MATTER came before the Court on plaintiff's Motion to
Compel Discovery (Dkt. 27).

For the reasons stated in the accompanying Memorandum
Opinion, it is hereby

ORDERED that plaintiff's Motion is GRANTED.

ENTERED this 2nd day of February, 2010.


                              _____/s/_____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE


Alexandria, Virginia