# Victor M. Glasberg &Associates ATTORNEYS

121 South Columbus Street  Alexandria VA 22314  telephone: (703) 684-1100  fax: (703) 684-1104

Victor M. Glasberg
vmg@robinhoodesq.com

Simon Y. Moshenberg
sym@robinhoodesq.com

*Of Counsel*
Bruce A. Fredrickson
Kelly Baldrate

February 5, 2010

Hon. Theresa C. Buchanan
United States District Court
401 Courthouse Square
Alexandria, VA 22314-5798

Re: *Barb v. Brown's*, C.A. #1:09-cv-785

Dear Judge Buchanan:

I am pleased to report that counsel have settled by agreement the matter of payment of attorney's fees arising out of our recently granted motion to compel discovery. For this reason, we will not be submitting an application for fees as your recent order granted us leave to do.

Thank you.

Sincerely,

Victor M. Glasberg

Barb\Letters\Buchanan20100205
cc: Douglas Burtch, Esq.